United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00304-MJC |
| Natalie Jasmin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 23, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5532763 | + Email/Text: nsm_bk_notices@mrcooper.com | May 23 2024 18:46:00 | UMB Bank, National Association, not in its individ, c/o Rushmore Loan Management Services, L, PO Box 55004, Irvine CA 92619-5004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Emmanuel Joseph Argentieri | on behalf of Creditor UMB Bank National Association, not in its individual capacity but solely as Legal Title Trustee for TOCU Title Trust 2017-1 bk@rgalegal.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Katie Housman | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) khousman@pkh.com |
| Laura Egerman | on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust laura.egerman@mccalla.com, |

legerman@rasnj.com;ras@ecf.courtdrive.com;mccallaecf@ecf.courtdrive.com

Lorraine Gazzara Doyle

on behalf of Creditor UMB Bank National Association, not in its individual capacity but solely as Legal Title Trustee for TOCU Title Trust 2017-1 ldoyle@squirelaw.com, LOGSECF@logs.com

Michael J Clark

on behalf of Creditor UMB Bank National Association, not in its individual capacity but solely as Legal Title Trustee for TOCU Title Trust 2017-1 pabk@logs.com

Michael Patrick Farrington

on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

on behalf of Debtor 1 Natalie Jasmin lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:23-bk-00304-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Natalie Jasmin
4122 Crest View Drive
Stroudsburg PA 18360

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/23/2024.

Name and Address of Alleged Transferor(s):

Claim No. 6: UMB Bank, National Association, not in its individ, c/o Rushmore Loan Management Services, L, PO Box 55004, Irvine CA 92619

Name and Address of Transferee:

Citibank, N.A. et al.
Fay Servicing, LLC
Bankruptcy Department
PO Box 814609
Dallas, TX 75381-4609
Citibank, N.A. et al.

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/25/24

Terrence S. Miller
**CLERK OF THE COURT**